| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) James, Lena M. | 2. Court or Organization United States Bankruptcy Court (MDNC) | 3. Date of Report 04/14/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United Stated Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

7. Chambers or Office Address

United States Bankruptcy Court
226 South Liberty Street
Winston-Salem, North Carolina 27101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Lena M. | 04/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Winston-Salem Forsyth County Schools - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Middle District Bankruptcy Seminar | 4/24/14-4/26/14 | Southern Pines, NC | Legal CLE (teach) | transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Lena M. | 04/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navient | Student Loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Lena M. | 04/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UESP 529 FDIC Insured Savings | A | Dividend | J | T | | | | | |
| 2. UESP 529 Public Treasurer's Invstmt FD | A | Dividend | J | T | | | | | |
| 3. UESP 529 Customized Age Based | A | Dividend | K | T | | | | | |
| 4. UESP Aged Based Aggrsv Dmstc | A | Dividend | J | T | | | | | |
| 5. Bright Start 529 Blended Aged 15-17 | A | Dividend | | | Sold | 07/03/14 | J | A | |
| 6. Charles Schwab Bank Checking | A | Interest | J | T | | | | | |
| 7. Wells Fargo Checking | A | Interest | K | T | | | | | |
| 8. Wells Fargo Savings | A | Interest | L | T | | | | | |
| 9. Wells Fargo Money Market | A | Interest | L | T | | | | | |
| 10. Charles Schwab Money Market | A | Dividend | L | T | Buy (add'l) | 07/07/14 | M | | |
| 11. | | | | | Sold (part) | 07/09/14 | M | | |
| 12. Power Shares DB Commodity Index | A | Interest | J | T | Sold (part) | 07/02/14 | J | A | |
| 13. Matthews China Fund | A | Dividend | J | T | Sold (part) | 07/02/14 | J | A | |
| 14. DWS Emerging Mkt Equity Fund | A | Dividend | J | T | Sold (part) | 07/02/14 | J | A | |
| 15. RBC Micro Cap Value FD (RMVIX) | A | Dividend | K | T | | | | | |
| 16. Schwab 1000 Index Fund (SNXFX) | B | Dividend | L | T | | | | | |
| 17. Schwab S&P 500 Index FD (SWPPX) | A | Dividend | K | T | Sold (part) | 07/02/14 | L | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/03/14 | J | B | |
| 19. Vanguard Large-Cap ETF (VV) | A | Dividend | | | Sold | 07/02/14 | L | E | |
| 20. Blackrock Euro Fund | A | Dividend | J | T | Sold (part) | 07/02/14 | J | A | |
| 21. Davis Real Estate Fund | A | Dividend | J | T | Sold (part) | 07/02/14 | J | B | |
| 22. DWS Latin American Equity Fund | A | Dividend | J | T | Sold (part) | 07/02/14 | J | A | |
| 23. Northeast Investor Trust Fund | A | Dividend | J | T | Sold (part) | 07/02/14 | J | | |
| 24. Vanguard Small Cap Value ETF (VBR) | A | Dividend | | | Sold | 07/02/14 | J | B | |
| 25. Munder Midcap Core Growth Fund | | None | | | Sold | 07/02/14 | J | B | |
| 26. PIMCO Emerging Market Bond Fund | A | Dividend | J | T | Sold (part) | 07/02/14 | J | A | |
| 27. Wells Fargo Advantage Asia Pacific FD | A | Dividend | J | T | Sold (part) | 07/02/14 | J | | |
| 28. Vanguard FTSE Emerging Fund | A | Dividend | J | T | | | | | |
| 29. Vanguard Growth Fund | A | Dividend | J | T | | | | | |
| 30. Northwestern Mutual Whole Life | C | Dividend | M | T | | | | | |
| 31. Vanguard Precious Metals and Mining | | None | J | T | Buy | 07/11/14 | J | | |
| 32. Vanguard Prime Money Mkt Fund | A | Dividend | N | T | Buy | 07/10/14 | N | | |
| 33. | | | | | Sold (part) | 07/11/14 | K | | |
| 34. | | | | | Sold (part) | 08/11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/11/14 | K | | |
| 36. | | | | | Sold (part) | 10/10/14 | K | | |
| 37. | | | | | Sold (part) | 11/11/14 | K | | |
| 38. | | | | | Sold (part) | 12/11/14 | K | | |
| 39. Vanguard REIT Index Fund Adm | A | Dividend | K | T | Buy | 07/11/14 | K | | |
| 40. Vanguard Retirement 2035 | B | Dividend | K | T | Buy | 07/11/14 | K | | |
| 41. | | | | | Buy (add'l) | 08/11/14 | K | | |
| 42. | | | | | Buy (add'l) | 09/11/14 | K | | |
| 43. | | | | | Buy (add'l) | 10/10/14 | K | | |
| 44. | | | | | Buy (add'l) | 11/11/14 | K | | |
| 45. | | | | | Buy (add'l) | 12/11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I, line 1 - Position term completed.

2) Part VI, line 1 - Navient is a successor to the Sallie Mae student loan which was listed on previous report.

3) Part VII, lines 15,16,17,19,24 - Family and fund name added to information contained in previous report, per "Highlights to the Financial Disclosure Instructions", first bullet point in Reminders section.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lena M. James**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544